IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>BORIS TWAIN CLEWIS,<br><br>*Debtor*. | § § § § § | CASE NO.: 19-32130<br>(Chapter 7) |
| ALLISON D. BYMAN,<br>CHAPTER 7 TRUSTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>DAN INVESTMENTS, LLC, JOSHUA PAYNE, and BORIS TWAIN CLEWIS,<br><br>*Defendants;*<br><br>DAN INVESTMENTS, LLC,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>FIRST NATIONAL TITLE INSURANCE COMPANY,<br><br>*Third-Party Defendant*. | § § § § § § § § § § § § § § § § § § § § § § | Adversary No. 24-3020 |

**ORDER GRANTING THIRD-PARTY DEFENDANT FIRST NATIONAL TITLE INSURANCE COMPANY'S 12(b)(1) MOTION**

On this day, the Court considered *Third-Party Defendant First National Title Insurance Company's Motion to Dismiss DAN Investment, LLC's Third-Party Complaint Pursuant to Fed. R.*

- 1 -

- 2 -

*Civ. P. 12(b)(1) (the "Motion")*.[1] The Court – after considering the Motion, any responses thereto, and any replies to such responses – GRANTS the Motion.

IT IS, THEREFORE, ORDERED that the claims asserted by DAN against Third-Party Defendant First National Title Insurance Company[2] are hereby DISMISSED with prejudice.

---

[1] Document ("Doc.") 87 on the docket of this adversary proceeding.
[2] Doc. 61.