United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BORIS TWAIN CLEWIS, | § § | CASE NO. 19-32130 |
| Debtor. | § § § | (Chapter 7) |
| ALLISON D. BYMAN, CHAPTER 7 TRUSTEE, | § § § | |
| Plaintiff, | § § § § | Adversary No 24-3020 |
| DAN INVESTMENTS, LLC, JOSHUA PAYNE, and BORIS TWAIN CLEWIS | § § § § § | |
| Defendants. | § | |

### STIPULATION AND AGREED ORDER REGARDING DISMISSAL OF ADVERSARY

Plaintiff, Allison D. Byman, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Boris Twain Clewis, Defendant, DAN Investments, LLC ("DAN") and Third-Party Defendant, First National Title Insurance Company ("FNTI"), hereby enter into this stipulation and agreed order (the "Stipulation and Order") as follows:

**WHEREAS**, on April 15, 2019, Boris Twain Clewis (the "Debtor") filed his voluntary Chapter 13 bankruptcy petition [Docket. No. 1]. No chapter 13 plan was ever confirmed.

**WHEREAS**, on May 5, 2021, the Debtor filed his Notice of Conversion [Docket. No. 133] converting to Chapter 7.

**WHEREAS**, on May 11, 2021, the Trustee was appointed.

1

**WHEREAS**, on February 8, 2024, the Trustee filed her Complaint in Adv. No. 24-3020, *Byman v. DAN Investments, LLC, et al.*, pending in the United States Bankruptcy Court for the Southern District of Texas (the "Adversary");

**WHEREAS**, on March 5, 2025, the Court entered an Order Granting Trustee's Motion to Approve Compromise under Rule 9019 (the "9019 Order") [Docket No. 175] in the Debtor's bankruptcy case, which resolved the Adversary;

**WHEREAS**, pursuant to the terms of the 9019 Order, the Parties hereby submit this Stipulation and Order to the Court.

**IT IS THEREFORE STIPULATED BY THE PARTIES AND HEREBY ORDERED THAT:**

1. The claims asserted by the Trustee, DAN and FNTI against each other in the Adversary are dismissed with prejudice.

2. The claims asserted by the Trustee, DAN and FNTI against any other party in the Adversary are dismissed without prejudice.

3. The clerk may close this Adversary.

4. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation and Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Order.

IT IS SO ORDERED.

Signed: March 27, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

| | |
|---|---|
| Dated: March 26, 2025 |   */s/ Thomas A. Woolley, III*<br>Thomas A. Woolley, III<br>State Bar No. 24042193<br>**McCLOSKEY ROBERSON WOOLLEY, PLLC**<br>190 T.C. Jester Blvd., Suite 400<br>Houston, Texas 77007<br>713-337-3900<br>713-337-3915 (fax)<br>Email: rwoolley@mrwpllc.com<br>**SPECIAL COUNSEL FOR ALLISON BYMAN, AS CHAPTER 7 TRUSTEE** |
| Dated: March 26, 2025 |   */s/ William C. Boyd (by permission)*<br>WILLIAM C. BOYD<br>T/B/A 02779000<br>Email: wboyd@pattersonboyd.com<br>S. SCOTT BOYD<br>T/B/A 24026909<br>Email: ssboyd@pattersonboyd.com<br>**PATTERSON, BOYD & LOWERY, P.C.**<br>2101 Louisiana St.<br>Houston, Texas 77002<br>Phone: 713-222-0351<br>Fax: 713-759-0642<br>**ATTORNEYS FOR DAN INVESTMENTS, LLC** |
| Dated: March 26, 2025 |   */s/ Jeremy T. Brown (by permission)*<br>Jeremy T. Brown<br>Texas Bar No. 24055221<br>Cristina Sanchez Callen<br>Texas Bar No. 24041856<br>**KEATING BROWN PLLC**<br>18383 Preston Road, Ste. 300<br>Dallas, Texas 75252<br>Telephone: 214.390.7703<br>Facsimile: 214.989.4146<br>jbrown@keatingbrown.com<br>csanchezcallen@keatingbrown.com<br>**ATTORNEYS FOR FIRST NATIONAL TITLE INSURANCE COMPANY** |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing instrument on March 26, 2025, on counsel for the Defendant:

Joshua Payne
1220 Augusta, Suite 3000
Houston, Texas 77057
832-338-7663

**Counsel for Dan Investments LLC**
PATTERSON, BOYD & LOWERY, P.C.
WILLIAM C. BOYD
S. SCOTT BOYD
2101 Louisiana St.
Houston, Texas 77002
Phone: 713-222-0351
Fax: 713-759-0642

Boris Twain Clewis
2014 Rosedale St.
Houston, TX 77004

**Counsel for FNTI**
Jeremy T. Brown
KEATING BROWN PLLC
18383 Preston Road, Ste. 300
Dallas, Texas 75252

                                                /s/ Thomas A. Woolley, III
                                                Thomas A. Woolley, III